UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RECOVERED ENERGY
TECHNOLOGIES, INC., et al.,

     Plaintiffs,

v.

                                   CASE NO. 8:25-cv-03337-SDM-NHA

HV SOLAR LIGHTING, LLC,

     Defendants,

_____/

**<u>ORDER</u>**

In their fifty-one-page amended complaint (Doc. 34) — which uses twelve-point Times New Roman, a font and typeface unauthorized under Local Rule 1.08, and which in the caption substitutes "JSM" (presumably intended to signify "Judge Steven Merryday") for "SDM," the initials of Steven D. Merryday — the plaintiffs allege eleven counts against one, some, or all of the defendants, and each count incorporates every factual allegation in the complaint. The defendants move (Docs. 35 and 36) to dismiss, and the plaintiffs respond (Docs. 37 and 38) in opposition.

In addition to violating the Local Rules and readily qualifying as a shotgun pleading, the amended complaint suffers from other deficiencies. For example, several claims rest on alleged violations of inapplicable Florida statutes, a defect identified in the latter motion to dismiss and left unrebutted in

- 2 -

the plaintiffs' response. For these reasons, and other reasons stated in the motions to dismiss, the motions (Docs. 35 and 36) are **GRANTED**, and the amended complaint is **DISMISSED WITHOUT PREJUDICE**.

No later than **JUNE 24, 2026**, the plaintiffs may amend the complaint. The second amended complaint (1) exclusive of any signature page or exhibit, must not exceed thirty pages; (2) must comply with Local Rule 1.08; (3) must use the correct case caption; (4) must identify the defendant responsible for each alleged act and refer to the defendants collectively only when an allegation genuinely pertains to the defendants as a group; and (5) must specify in each count, to the greatest extent practicable, the factual allegations supporting that count.

**ORDERED** in Tampa, Florida, on June 3, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -